**UNITED STATES, Plaintiff–Appellee,**

v.

**Chris ORSARIS, Defendant–Appellant.**

**No. 10–1261–cr.**

United States Court of Appeals,
Second Circuit.

May 20, 2010.

Joseph R. Conway, Mineola, NY, for Appellant.

Burton T. Ryan, Jr., Assistant U.S. Attorney for Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Appellee.

Present: AMALYA L. KEARSE, ROBERT D. SACK and RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that appellant's motion for bail is hereby **DENIED**.